UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00135-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| RAFAEL ARAUZA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAFAEL ARAUZA ,

Case No.  2:24-mj-00135-AC , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $\_\_\_\_\_

   X    Unsecured Appearance Bond $   10,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

   X    (Other): The defendants release is delayed until November 18, 2024 at 9:00 AM.

\_\_\_\_\_   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 15, 2024, at 3:30 PM.

By: _____
Magistrate Judge Allison Claire